**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

EDWARD O'HARA, JAMES SHARAR,
DA'QUAN STINNIE, GABRIEL NADAL,
AND OTHERS, SIMILARLY SITUATED,

Plaintiffs,

v. Case No. 5:16-cv-272-Oc-34PRL

LICCIARDELLO'S SANITATION SERVICES, INC.,
AND ARRON LICCIARDELLO,

Defendants.
______________________________________/

**CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's Interested Persons Order and Corporate Disclosure Statement:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action - including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

Edward O'Hara
37 Dogwood Drive Loop
Ocala, FL 34472

James Sharar
14300 S.E. 41st Terrace
Summerfield, FL 34491

Da'Quan Stinnie
16798 SW 29th Avenue Road
Ocala, FL 34473

Gabriel Nadal
9303 Spring Road
Ocala, FL 34472

Aaron Licciardello
15910 SE 105th Terrace
Summerfield, FL 34491

Licciardello's Sanitation Services, Inc.
c/o Registered Agent
Aaron Licciardello
15910 SE 105th Terrace
Summerfield, FL 34491

Constantine W. Papas, Esquire
Law Office of Constantine W. Papas, P.A.
1277 N. Semoran Blvd., Ste. 106
Orlando, FL 32807

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

N/A

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

N/A

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Edward O'Hara
James Sharar
Da'Quan Stinnie
Gabriel Nadal

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict. I further certify that I have inserted "None" if there is no actual or potential conflict of interest.

Dated: April 19, 2016

s/ Constantine W. Papas
Constantine W. Papas, Esq.
Florida Bar No. 0089974
**Law Office of Constantine W. Papas, P.A.**
1277 N. Semoran Blvd., Ste. 106
Orlando, FL 32807
Tel. No. (407) 347-6502
Fax. No. (407) 206-3655
E-mail: cwp@deanpapaslaw.com
Attorney for Plaintiffs