UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

EDWARD O'HARA, JAMES SHARAR, DA'QUAN SHINNIE, GABRIEL NADAL, AND others Similarly situated

_____
Plaintiff

FILED
May 27, 2016
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA, FLORIDA

vs.

Case Number: 5:16-cv-272-Oc-34PRL

Licciardollo's Sanitation Services
And Aaron Licciardollo  Defendant

Motion to Dismiss
(Title of Document)

Case No: 5:16-cv-00272-MMH-PRL | 1

*FILED 2016 MAY 27 PM 3:45 CLERK, US DISTRICT COURT MIDDLE DISTRICT OF FL OCALA FLORIDA*

Case No: 5:16-cv-00272-MMH-PRL

*Edward O'Hara, Et. Al*
*v.*
*Licciarello's Sanitation Services, Inc., Et. Al*

May 26, 2016

Dear Judge,

Firstly, Your Honor, I would like to apologize, this letter is written without the intent of disrespect to you by writing without representation. I simply do not have the resources to hire a lawyer at this moment.

I am writing in response to a claim made against my company and myself. I would like to file a motion to dismiss.

We are a local business that is not engaged in interstate commerce and abide by all FDOT regulations.

Please let it be known that I have paid any and all employees and would never ever knowingly deny anyone compensation for their duties performed nor their rights to reparation. My employees are paid before I would ever even consider paying myself. I do have reason to believe that misconduct on behalf of the employees could serve as a motivation for file these claims as all have *asked* for their jobs back; none of whom have been rehired.

I have never denied anyone payment for their work performed, denied their legal rights to reparation. This letter does not represent a lack of understanding in the meaning or severity of a Federal Wage and Hour lawsuit. The information provided is to serve as a supplement to this motion and as a reference to question the validity of the claims, the motive, and to display the character and reality of their employment.

Please see following records.

Employee Profile

Record Totals provided by SouthEast Payroll Leasing & DecisionHR

| Gabrial Nadal – Part Time Hire | | | |
|---|---|---|---|
| **Position** | Slinger | **Duration** | 22 Weeks |
| **Social Security** | xxx-xx-6228 | **Total Gross** | 6500.00 |
| **Hire Date** | 07/19/2015 | *Ave Weekly Rate* | *295.45* |
| **Last Pay Date** | 12/23/2015 | | |

1. No records of claimed overtime hours worked submitted by employee – estimation claims based upon the assumption that he worked every day, every week, for duration of employment.
2. Slinger positions not intended to be full time
3. Status: Former Employee
4. Reason for Status: Conduct Violations
    a. Attendance
        i. Excessive No Call/No Shows
        ii. Excessive Tardiness
        iii. Disappearing (Walk-Off) mid shift without notifying anyone (including driver)
    b. Reasonable suspicion for Drug use while on company property or under influence while on company property
    c. Customer complaints for sloppiness after multiple verbal warnings
    d. Arrest (possession marijuana, no valid driver's license, passion of fire-arm, no vehicle registration) did not allow for on-call status
5. Requested to be rehired on Monday May 23, 2016 to ask for his job back – Request declined
6. No records of unemployment filed

Employee Profile

Record Totals provided by SouthEast Payroll Leasing & DecisionHR

| James Sharar – Part Time Hire | | | |
|---|---|---|---|
| Position | Slinger | Duration | 14 Weeks |
| Social Security | xxx-xx-3425 | Total Gross | 6000.00 |
| Hire Date (1) | 9/16/2014 | *Ave Weekly Rate* | *428.57* |
| Last Pay Date (1) | 10/15/2014 | | |
| Hire Date (2) | 07/19/2015 | | |
| Last Pay Date (2) | 09/25/2015 | | |

1. No records of claimed overtime hours worked submitted by employee – estimation claims based upon the assumption that he worked every day, every week, for duration of employment.
1. Slinger positions not intended to be full time
2. Status: Former Employee
3. Reason for Status: Conduct Violations
    a. Signed Company Policy not upheld
        i. Defacing company property (Uniform – namely, writing vulgarities on the back of his uniform)
4. Reasonable suspicion for Drug use while on company property or under influence while on company property
5. Requested to be rehired within past 3 months to ask for his job back – Request declined
6. No records of unemployment filed

Employee Profile

Record Totals provided by SouthEast Payroll Leasing & DecisionHR

| Da'Quan Stinnie – Part Time Hire | | | |
|---|---|---|---|
| Position | Slinger | Duration | 11 Weeks |
| Social Security | xxx-xx-4799 | Total Gross | 3900.00 |
| Hire Date | 12/22/2015 | *Ave Weekly Rate* | *354.55* |
| Last Pay Date | 3/11/2016 | | |

1. No records of claimed overtime hours worked submitted by employee – estimation claims based upon the assumption that he worked every day, every week, for duration of employment
2. Slinger positions not intended to be full time
3. Status: Former Employee
4. Reason for Status: Employee hired elsewhere
5. Requested to be rehired; Request declined
    a. No Job Openings
    b. Late Attendance
    c. Teamwork: Other team member complaints
6. No records of unemployment filed

Employee Profile

Record Totals provided by SouthEast Payroll Leasing & DecisionHR

| Edward O'Hara – Part Time > Full Time |||| 
|---|---|---|---|
| Position | Driver | Duration | 52 Weeks |
| Social Security | xxx-xx-4288 | Total Gross | 27940.00 |
| Hire Date | 03/16/2015 | *Ave Weekly Rate* | *537.30* |
| Last Pay Date | 3/18/2016 | | |

1. No records of claimed overtime hours worked submitted by employee – estimation claims based upon the assumption that he worked every day, every week, for duration of employment.
2. Status: Former Employee
3. Reason for Status: Liability
    a. Careless driving: resulting in Increased insurance rates due to driving record
    b. Vehicle Accident resulting in increased insurance
    c. Purposeful harm to trucks and equipment in an attempt to avoid work (blown motor)
    d. Complaints of speeding from customers
    e. Insubordination
        i. Refusing to carryout daily driver duties – DOT Driver Inspection Sheets
        ii. Failure to check out at the end of shift each day as required
        iii. Falsely claiming route completion
        iv. Refusing to do routes
    f. Attendance – Multiple occasions of walking off job
    g. Witnessed drug use (marijuana) before and during driving a commercial vehicle
    h. Witnessed trading out free garbage service for drugs
    i. Threatening to create lawsuit (as he formerly has sued his own family in a similar lawsuit)
4. Requested to be rehired on multiple occasions; actively sought out other employees for suit

Not one of the former employees has been able to present record of their actual hours worked. They have overestimated their hours and have based the amount of compensation on the assumption that they were all full time employees that worked every single day, in excess, for the duration of their employment.

Hours were not regularly scheduled nor was there a set schedule for slingers. It was very sporadic and on-call often. Not to discount the consistent attendance issues. Without sufficient evidence from them for the overtime hours they are claiming as worked; further compensation weighs very heavily upon me.

I am at a loss, I have been considering bankruptcy, cannot afford a lawyer to even help guide me, much less go to court.

Feeling very defeated without the means of defense. The over estimation of hours in their claims is disheartening, given that I know how much they were working, as I was out there with them.

Each one of the men presenting these claims are former employees, no longer working with me due to various and an excessive amount of violations in conduct and costly incidents (a more detailed account of infractions for each employee are found preceding this) All of whom have since requested their jobs back within the past 3 months, the most recent being Monday, May 23, 2016. It is interesting that, to my knowledge, not one of them has filed for unemployment yet have chosen to utilize this route.

In closing:

When I started this business I was a man who was excited about the idea of owning my own company to take care of my family, to provide others with an opportunity to take care of theirs, hiring those who others had considered 'unhireable' to give them a chance they might not otherwise have...going so far as to pick them up and bring them to work and take some of them with no license at all and train them to have a CDL and pay for their classes & tests...an opportunity to build a foundation, to have a career, to grow, create abundance, to provide, and to be marketable in the workforce. It is my pleasure to pay for work performed; and has never been about my own personal material gains, greed, or money; but rather about the creation of opportunities that may not have otherwise been available (as they were not available to me) and to take care of my parents. My intensions were to *provide* not to *deny* anyone rightful compensation. This most recent experience has been very disheartening.

I have since become a man disappointed in the former employees that are failing to recognize the impact that their assumed vendetta is having on the workforce as I am increasingly hesitant to hire, to grow, to even stay in business anymore with a system that celebrates those who are able to want something for nothing. It is impossible to create more jobs in that environment and even harder for the future employees to make enough to provide for their families when, collectively, employers are in fear of having any one work beyond part time. I am further disappointed in my rights as an employer to defend myself. My current position stands that I am living with my parents and barely pay myself - because I MAKE SURE that the guys are paid. I am maxed out on credit, and run the company with my fingers crossed everyday that the 'timing' is right so as not be declined. This is a cash flow business. I am incredibly grateful and hopeful for the men that are working with me and will continue to ensure that I do my very best to continue being able to produce for them.

I am trying to create a more prosperous environment, to create abundance, one designed for people to thrive, to better themselves; My intentions have been to train and pay all of employees to CDL License eventually so that they may create a career, a foundation for the rest of their lives, an opportunity to thrive where they may not have otherwise had the opportunity, The uneducated, the unable to drive to work, the driver with a family but an inhibiting driving record, the struggling, the lost, the formerly addicted...and I am now regrettably needing to defend myself and my intentions in what is becoming a target rich environment.

This was never about my own paycheck, this was never about material gains, this was about creation and opportunity, innovation. An idea, a plan, albeit optimistic, that has proven to be nothing more than the truth behind the naysayers. This is hurting the workers, the worker who want to work more than part time, the workers with records and limited options, the workers who I will no longer be in a position to hire, the workers who take pride in their jobs that will now need to be paid hourly, minimum wage, and no more than 25 hours. Due to cases like this, employers, producers of economics, are in too much fear to risk everything they've worked so hard for that they choose to hire the bare minimum with minimum hours or choose not to even stay in business, not create jobs, not to create abundance and prosperity.

I thank you much for taking this letter and the motion to dismiss into consideration. May God Bless you and Yours.


Best Regards,

Aaron Licciardello

