UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ED O'HARA, JAMES SHARAR,
DA'QUAN STINNIE and GABRIEL
NADAL, and others similarly situated

    Plaintiffs,

v.                                          Case No: 5:16-cv-272-Oc-34PRL

LICCIARDELLO'S SANITATION
SERVICES, INC. and AARON
LICCIARDELLO

    Defendants.

## REPORT AND RECOMMENDATION[1]

In this case, four Plaintiffs (Ed O'Hara, James Sharar, Da'Quan Stinnie and Gabriel Nadal) bring suit in a putative class action alleging claims for unpaid overtime under the Fair Labor Standards Act, 29 U.S.C. §201 et seq. ("FLSA").  Plaintiffs were previously employed as sanitation truck drivers and driver's helpers for the Defendants, Aaron Licciardello, individually, and Licciardello's Sanitation Services, Inc.   (Doc. 1).

As the Court previously recognized, Plaintiff Gabriel Nadal has failed to file answers to the Court's Interrogatories.  Pursuant to the FLSA Scheduling Order (Doc. 5) entered on April 15, 2016, Plaintiffs were required to file their Answers to Court's Interrogatories within fifteen days of the appearance of any Defendant.   Individual Defendant Aaron Licciardello appeared

---

[1] Within 14 days after being served with a copy of the recommended disposition, a party may file written objections to the Report and Recommendation's factual findings and legal conclusions.   See Fed. R. Civ. P. 72(b)(3); Fed. R. Crim. P. 59(b)(2); 28 U.S.C. § 636(b)(1)(B); Local Rule 6.02.   A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation.   See 11th Cir. R. 3-1.

- 2 -

and filed a notice to dismiss on May 27, 2016. (Doc. 9). On June 20, 2016, the undersigned issued an Order to Show Cause regarding failure to file Court Interrogatories. (Doc. 15). At the hearing on July 14, 2016 (Doc. 24), and by written Order entered July 15, 2016 (Doc. 26), Plaintiff Gabriel Nadal was again directed to file Answers to the Court's Interrogatories within 14 days, failing which the undersigned would recommend dismissal of his claim.

By every possible calculation, the time for complying with the Court's Orders has expired, and Plaintiff Gabriel Nadal has failed to file Answers to the Court's Interrogatories. Accordingly, upon due consideration, I **recommend** that all claims of behalf of Gabriel Nadal be dismissed from this action.

**DONE** and **ORDERED** in Ocala, Florida on August 22, 2016.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Parties