**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

ED O'HARA, and others
similarly situated, et al.,

        Plaintiffs,

v.                                              Case No. 5:16-cv-272-Oc-34PRL

LICCIARDELLO'S SANITATION
SERVICES, INC., et al.,

        Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 29; Report), entered by the Honorable Philip R. Lammens, United States Magistrate Judge, on August 22, 2016. In the Report, Magistrate Judge Lammens recommends that all claims on behalf of Plaintiff Gabriel Nadal be dismissed from this action. See Report at 2. The parties have failed to file objections to the Report, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. The Report and Recommendation (Dkt. No. 29) of Magistrate Judge Lammens is **ADOPTED** as the opinion of the Court.

2. All claims on behalf of Plaintiff Gabriel Nadal against Defendants are **DISMISSED**.

3. The Clerk of the Court is directed to terminate this Plaintiff from the Court docket.

**DONE and ORDERED** in Chambers, this 14th day of September, 2016.

**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record